UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MOHAMMAD EMRAN KOHISTANI and MOHAMMAD SAJAD KOHISTANI,<br><br>Petitioners,<br><br>v.<br><br>RUBEN LEYVA, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations United States Immigration and Customs Enforcement (ICE/ERO); MARTIN LAWRENCE, ICE/ERO ATD Officer Salt Lake City ICE/ERO Field Office; BRIAN HENKE Field Office Director for Las Vegas/Salt Lake City; KRISTI NOEM, Secretary United States Department of Homeland Security; PAMELA BONDI Attorney General of the United States<br><br>Respondents. | **ORDER STAYING TRANSFER OR REMOVAL**<br><br>Case No. 2:26-cv-00086<br><br>Judge David Barlow |

This matter came before the court on petitioners' Motion for Temporary Restraining Order.[1] A hearing on the motion was held February 5, 2026. Marti Jones and John West represented petitioners. Adam Elggren and Michael Kennedy represented defendants. Based on the stipulation of the parties and for the reasons stated on the record, the court ORDERS as follows:

1. The court has and will retain jurisdiction over the habeas petition because petitioners were in the state of Utah when the petition was filed and have no control over when or

---

[1] ECF No. 2, filed February 3, 2026.

where they are detained while the petition is pending. The respondents will make no jurisdictional challenges to the petition.

2. The court hereby extends its prior order prohibiting respondents from transferring or removing petitioners from the jurisdiction of the United States during the pendency of the action, unless the judge assigned to preside over this case orders otherwise.

3. The respondents may house petitioners in Evanston, Wyoming during the pendency of this action.

The court orders briefing on the petition for writ of habeas corpus as follows:  Respondents' opposition brief is due February 19, 2026. Petitioner's reply brief is due February 26, 2026. A hearing, if the court determines one is necessary, will be held March 2, 2026 at 3:30 p.m.

DATED this 5th day of February, 2026.

BY THE COURT:

David Barlow
United States District Judge