# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MOHAMMAD EMRAN KOHISTANI and MOHAMMAD SAJAD KOHISTANI,<br><br>Petitioners,<br><br>v.<br><br>RUBEN LEYVA, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations United States Immigration and Customs Enforcement (ICE/ERO); MARTIN LAWRENCE, ICE/ERO ATD Officer Salt Lake City ICE/ERO Field Office; BRIAN HENKE Field Office Director for Las Vegas/Salt Lake City; KRISTI NOEM, Secretary United States Department of Homeland Security; PAMELA BONDI Attorney General of the United States,<br><br>Respondents. | **ORDER GRANTING IN PART [ECF NO. 1] PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Case No. 2:26-cv-00086-DBB<br><br>District Judge David Barlow |

Before the court is Petitioners' Petition for Writ Of Habeas Corpus. The court considered the briefing, relevant law, and oral argument presented on March 3, 2026, and March 18, 2026. For the reasons stated on the record, the court:

1. GRANTS in PART ECF No. 1: Petition for Writ Of Habeas Corpus.

2. ORDERS Respondents to provide Petitioners with a bond hearing under 8 U.S.C. § 1226(a) by March 25, 2026.

1

3.  ENJOINS Respondents from denying bond to Petitioners on the basis that they are detained under 8 U.S.C. § 1225(b)(2).

4.  ORDERS the parties to file a joint status report by March 27, 2026, confirming that the hearing took place.

Signed March 18, 2026.

BY THE COURT

David Barlow
United States District Judge